**Order entered May 28, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-08-01584-CV

**TXU PORTFOLIO MANAGEMENT COMPANY, L.P. N/K/A
LUMINANT ENERGY COMPANY, L.L.C., Appellant**

**V.**

**FPL ENERGY, LLC; FPL ENERGY PECOS WIND I, LP;
FPL ENERGY PECOS WIND II, L.P.;
INDIAN MESA WIND FARM, LP, Appellees**

**On Appeal from the 116th Judicial District Court
Dallas County, Texas
Trial Court Cause No. 04-10314**

## ORDER

The Court has been notified that a petition for bankruptcy has been filed in the United States Bankruptcy Court for the District of Delaware concerning appellant Luminant Energy Company L.L.C. and its parent company Energy Future Holdings Corporation. Pursuant to 11 U.S.C. § 362, further action in this cause is automatically stayed. *See* TEX. R. APP. P. 8.2.

Accordingly, for administrative purposes, this cause is **ABATED** and will be treated as a closed case. It may be reinstated on prompt motion by any party showing that the stay has been lifted and specifying what further action, if any, is required of this Court. *See* TEX. R. APP. P. 8.3.

/s/     DAVID EVANS
JUSTICE